SPANGENTHAL'S HOUSEHOLD OUTFITTING CO., INC., Appellant. v. WALTER SCOTT, Respondent.— Order affirmed, with ten dollars costs and disbursements.

All concur. (The order affirms an order of the City Court vacating summons in a replevin action.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.